**08CR 329**

Minute Order Form (rev. 4/99)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | Maria Valdez |
|---|---|---|---|
| CASE NUMBER | 07 GJ 1004 | DATE | APRIL 17, 2008 |
| CASE TITLE | US v. PERRY FREEMON, KENDRAH SANDERS and MICHAEL SANDERS | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

The Grand Jury for the  SPECIAL JUNE 2007  Session, a quorum being present, returns the above entitled indictment in open Court this date before Judge or Magistrate Judge  *Maria Valdez*

**Docket Entry:**

TO ISSUE BENCH WARRANT AND THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142 AS TO ALL DEFENDANTS.

**JUDGE AMY ST. EVE**

**MAGISTRATE JUDGE SCHENKIER**

**FILED**
APR 17 2008  TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | Number of notices |
| | No notices required. | | Date docketed |
| | Notices mailed by judge's staff. | | Docketing dpty. initials |
| | Notified counsel by telephone. | | Date mailed notice |
| | Docketing to mail notices | | |
| | Mail AO 450 form. | | Mailing dpty. initials |
| | Copy to judge/magistrate judge. | | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | DOCKET# |