UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.  Case No.: 1:08−cr−00329
Honorable Amy J. St. Eve

Perry Freemon, et al.

Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 9, 2008:

MINUTE entry before the Honorable Amy J. St. Eve as to Michael Sanders: Status hearing held on 6/9/2008 and continued to 7/9/08 at 8:45 a.m. Defendant's oral motion for his conditions of release be modified to attend his daughter's wedding on 7/6/08 is granted. Defendant's oral motion for his conditions of release be modified so that he can attend choir practice Tuesday and Sunday nights is granted. Defendant is to notify his pretrial services officer of the specific times in advance of the events.Mailed notice (kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.