UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                             Case No.: 1:08−cr−00329
                                             Honorable Amy J. St. Eve

Perry Freemon, et al.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, July 17, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:as to Michael Sanders: Status hearing set for 7/17/08 is stricken and reset to 8/19/08 at 8:45 a.m. Defendant's oral motion to modify conditions of release without objection and with agreement of the pre−trial services officer is granted. Defendant Michael Sanders is permitted to move to 1235 N. Karlov, Chicago, Illinois once a landline telephone is installed at the new residence. Pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. 3161(h)(8)(B)(i) time is excluded in the interest of justice beginning 7/9/08 to 8/19/08. Mailed notice (kef, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.