UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA

          Plaintiff,

v.   Case No.: 1:08−cr−00329
Honorable Amy J. St. Eve

Perry Freemon, et al.

          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

    MINUTE entry before the Honorable Amy J. St. Eve:as to Michael Sanders: Status hearing held on 8/19/2008 and continued to 9/17/08 at 8:45 a.m. Defendant's presence is waived for the next status hearing. Defendant's electronic monitoring is at the direction of the pretrial services officer. Defendant's conditions of release are expanded to allow him to attend The Church of God in Christ 11th Annual State Convocation from 8/18/08 to 8/24/08, 7:30 p.m. until 11:30 p.m., at Life Center Church of God in Christ, 5500 S. Indiana, Chicago, Illinois. Pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. 3161(h)(8)(B)(i) time is excluded in the interest of justice beginning 8/19/08 to 9/17/08. Mailed notice (kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.